ORDER
Motion Granted
/S/ Joe B. Brown
**JOE B. BROWN**
Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Ronnie Rainey,<br><br>    Plaintiff<br><br>v.<br><br>Sun Life Assurance Company of Canada, the CHS/Community Health Systems, Inc. Welfare Benefit Plan, and CHS/Community Health Systems, Inc.,<br><br>    Defendants | Civil Action No.<br>3:13-cv-00612<br><br>Judge Campbell<br>Judge Brown |

**DEFENDANT SUN LIFE'S MOTION FOR LEAVE
TO FILE ADMINISTRATIVE RECORD**

Defendant Sun Life Assurance Company of Canada ("Sun Life"), by and through counsel, hereby moves this Court for leave to file the ERISA Administrative Record. In support thereof, Sun Life states as follows:

1. This case constitutes judicial review under ERISA, of a claim for benefits under a policy of life and accidental death insurance issued by Sun Life to Community Health Systems, Inc.

2. The Administrative Record contains the Policy and other documents generated during the claims process that forms the basis of this lawsuit.

3. Contemporaneously herewith, Sun Life has filed a Motion for Judgment on the Administrative Record and an accompanying Memorandum in Support of that motion (collectively referred to as the "Motion for Judgment"), which rely on the contents of the Administrative Record.

{W4201431.1}