IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


RONNIE RAINEY                              )
                                           )
v.                                         ) NO. 3-13-0612
                                           ) JUDGE CAMPBELL
SUN LIFE ASSURANCE COMPANY                 )
OF CANADA, et al.                          )


ORDER

Pending before the Court are Plaintiff's Motion for Attorney Fees (Docket No. 93) and

Plaintiff's Motion to Alter Judgment (Docket No. 96). Defendants have appealed this matter to the

Sixth Circuit Court of Appeals (Docket No. 92), and this Court no longer has jurisdiction to act on

the Motions. Accordingly, Plaintiff's Motions are DENIED without prejudice to being re-filed once

the appeal is concluded.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE