IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| Ronnie Rainey | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:13-cv-612 |
| | § | Judge Campbell/Brown |
| Sun Life Assurance Company of Canada, | § | |
| the CHS/Community Health Systems, Inc. | § | |
| Welfare Benefit Plan, and CHS/Community | § | |
| Health Systems, Inc., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Ronnie Rainey appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on December 15, 2014.

            Respectfully submitted,

        BY: *s/Jeremy L. Bordelon*
            Jeremy L. Bordelon (TN #028181)
            ERIC BUCHANAN & ASSOCIATES, PLLC
            414 McCallie Avenue
Attorneys for Plaintiff   Chattanooga TN 37402
            (423) 634-2506
            FAX: (423) 634-2505

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

**James T. Williams**
Miller & Martin PLLC
Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402-2289
(423) 756-6600

**Byrne Decker**
Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
(207) 791-1100

**John P. Rodgers**
**James S. Christie, Jr.**
Bradley Arant Boult Cummings LLP (Nashville)
1600 Division Street
Suite 700
Nashville, TN 37203-0025
(615) 252-4642
Fax: (615) 252-4708

BY: *s/Jeremy L. Bordelon*